No. 59175.—Robert M. Pitt Company, Inc. *v.* United States, protest 186307–K (Philadelphia).

Opinion by Wilson, J. It was stipulated that for duty purposes the clean content of the wool in question was determined in accordance with the instructions contained in T. D. 53159, which was issued following *United States* v. *Fred Whitaker Company, Inc.* (40 C. C. P. A. 19, C. A. D. 492). In that case, it was held that the statutory language, clean content of wool, as used in paragraph 1102 (b), was construed to mean the product commercially usable as wool and from which all the weight of grease and foreign material has been removed, including the wool fibers which are unavoidably and irrevocably lost as a result of commercially applied cleaning processes. Accordingly, the wool in question was held dutiable at the rate applied by the collector on the basis of the percentages of clean content as set forth in the column headed "Clean Content under T. D. 53159" in schedule "A," attached to and made a part of the decision in this case.

No. 59176.—Tice & Lynch, Inc. *v.* United States, protest 242938–K (New York).

Opinion by Wilson, J. An examination of the papers in this case disclosing nothing that would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

No. 59177.—H. A. Gogarty, Inc. *v.* United States, protest 246407–K (New York).

Opinion by Wilson, J. An examination of the papers in this case disclosing nothing that would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

No. 59178.—F. H. Paul & Stein Bros., Inc. *v.* United States, protest 248765–K (New York).

Opinion by Wilson, J. An examination of the papers in this case disclosing nothing that would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

No. 59179.—Bios Laboratories, Inc. *v.* United States, protest 249444–K (New York).

Opinion by Wilson, J. An examination of the papers in this case disclosing nothing that would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

No. 59180.—D. C. Andrews & Co., Inc. *v.* United States, protest 249578–K (New York).

Opinion by Wilson, J. An examination of the papers in this case disclosing nothing that would tend in any way to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.